UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X     UNDER SEAL

UNITED STATES OF AMERICA          :       ORDER

        - v. -                    :       11 Cr. 387 (LBS)

NIKITA KUZMIN,
                                          :

        Defendant.
                                          :
- - - - - - - - - - - - - - - - - - X

        Upon the application of the United States of America, by Preet Bharara, United States Attorney for the Southern District of New York, and Thomas G.A. Brown, of counsel, it is

        ORDERED that the defendant's current bail conditions are revoked and he is to be remanded into the custody of the United States Marshals Service;

        IT IS FURTHER ORDERED that this Order shall be sealed until otherwise ordered by the Court, except that copies may be retained by the United States Attorney's Office and the U.S. Marshals Service.

Dated:    New York, New York
             August 11, 2011

                                        [signature]
                                        LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK
                                        Part I

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/11

Copies mailed/faxed to: AUSA ; U.S. Marshals (SDNY)
                                   8-11-11
Chambers of Judge Swain